John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   415/421-9292
Facsimile:    415/403-0202

Attorneys for Plaintiff
MEHDI ASNAASHARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEHDI ASNAASHARI,<br><br>Plaintiff,<br><br>v.<br><br>PNY TECHNOLOGIES, INC. (f/k/a PNY Electronics, Inc.),<br><br>Defendant. | Case No. CV 13-1308PJH<br>e-filing case<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Plaintiff MEHDI ASNAASHARI ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant PNY TECHNOLOGIES, INC.

DATED: January 29, 2014                     McGUINN, HILLSMAN & PALEFSKY
                                            Attorneys for Plaintiff Mehdi Asnaashari

                                            By:    /s/ John A. McGuinn
                                                   JOHN A. McGUINN

---

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER

1

[~~PROPOSED~~] ORDER

The above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

Dated: January 31, 2014

_____
THE HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

2

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER